285 So.2d 515

In re Gregory L. SMITH

v.

STATE.

Ex parte STATE of Alabama, ex rel.
ATTORNEY GENERAL.

SC 562.

Supreme Court of Alabama.
Nov. 1, 1973.

Rehearing Denied Dec. 6, 1973.

William J. Baxley, Atty. Gen., and William G. McKnight, Asst. Atty. Gen., for the State.

No brief for respondent.

McCALL, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Smith v. State, 51 Ala.App. 349, 285 So.2d 512.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

279 So.2d 558

In re J. D. SNOW

v.

STATE.

Ex parte J. D. Snow, alias.

SC 395.

Supreme Court of Alabama.

June 21, 1973.

Hugh A. Locke, Jr., Birmingham, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of J. D. Snow, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Snow, alias v. State, 50 Ala.App. 381, 279 So.2d 552.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and FAULKNER, JJ., concur.

285 So.2d 130

In re M. J. STANFORD

v.

STATE.

Ex parte M. J. Stanford.

SC 542.

Supreme Court of Alabama.

Nov. 1, 1973.

H. T. Foster and W. Loy Campbell, Scottsboro, for petitioner.

No brief for the State.

McCALL, Justice.

Petition of M. J. Stanford for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Stanford v. State, 51 Ala. App. 312, 285 So.2d 122.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.